# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD LEE MITCHELL, JR. | Civil No. 3:19-cv-0209 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN RICHARD MARSH, | |
| Respondent | |

## ORDER

**AND NOW**, this 25th day of June, 2021, upon consideration of the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge